SHIFFNER, Appellant, v. BECK, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Clara Shiffner against George H. Beck. No opinion. Order affirmed on reargument, without costs, and defendant permitted to plead over

within five days after service upon him of a copy of the order herein, if he has not already so pleaded over. For former opinion, see 159 App. Div. 821, 145 N. Y. Supp. 27. See, also, 145 N. Y. Supp. 1145.